**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROMULO FLORES-HIDALGO, a.k.a. Romulo Flores, a.k.a. Cesar Marcos Florez, a.k.a. Marcos Florez, a.k.a. Francisco Garcia, a.k.a. Romulo Hidalgo, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 12-71092 Agency No. A094-160-589 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 12, 2013[**]

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Romulo Flores-Hidalgo, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

from an immigration judge's decision denying his application for protection under the Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings.  *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008).  We deny the petition for review.

Substantial evidence supports the agency's denial of CAT relief because Flores-Hidalgo failed to establish it is more likely than not he would be tortured by or with the acquiescence of the government if returned to El Salvador.  *See Santos-Lemus v. Mukasey*, 542 F.3d 738, 748 (9th Cir. 2008).  Contrary to Flores-Hidalgo's contention, the BIA applied the correct standard in assessing his CAT claim.

**PETITION FOR REVIEW DENIED.**